

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

GEORGIA M. PESTANA
*Corporation Counsel*

CAROLYN E. KRUK
Office: (646) 356-0893
ckruk@law.nyc.gov

**BY ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*The time of the initial pretrial conference on November 23, 2021, is hereby CHANGED to 10:00 a.m. The Clerk of Court is directed to terminate ECF No. 16.*

*SO ORDERED.*

*[signature]*

*November 1, 2021*

Re: *Danny Horne v. Cynthia Brann et al.*,
Index No. 21-CV-2630 (JMF)(RWL)

Dear Judge Furman:

    I represent Defendants in the above-referenced matter. I write to request that the initial conference currently scheduled for November 23, 2021 at 4:15 p.m., per the Court's October 25, 2021 Order (*see* Dkt No. 15), be moved to an earlier time that day, or rescheduled to a later date that is convenient to the Court. Today, the Vernon C. Bain Center, where Plaintiff is housed, relayed a request that the conference be moved to a time between 10:00 a.m. and 2:00 p.m. as the facility's programs department has a conflict at 4:15 p.m..

    This is Defendants' first request to reschedule the conference. Because Plaintiff is incarcerated, I have not obtained his consent. No other conference or appearance is currently scheduled before Your Honor, and this request will not impact any other deadline in this matter.

    Accordingly, Defendants respectfully request that the Court reschedule the conference for a time between 10 a.m. and 2 p.m. on November 23, 2021, or a later date that is convenient to the Court.

    Thank you for your consideration of this request.

Respectfully submitted,

s/
Carolyn Kruk
Assistant Corporation Counsel

cc: **by mail**
Danny Horne
B&C: 2412002036
Vernon C. Baine Center

1 Halleck Street
Bronx, NY 10474