UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DANNY HORNE,                                                      :
:
                Plaintiff,                         :
:      21-CV-2630 (JMF)
    -v-                                                       :
:      ORDER
CYNTHIA BRANN et al.,                                             :
:
                Defendants.                         :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court having been advised by Judge Lehrburger that all claims asserted herein have been settled in principle, it is ORDERED that all deadlines are extended *sine die*. The parties are directed to file a stipulation of dismissal or a status update by no later than **May 19, 2022**.

       The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: April 28, 2022
       New York, New York
                                                     JESSE M. FURMAN
                                       United States District Judge