UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DANNY HORNE, :
:
:
Plaintiff, :
: 21-CV-2630 (JMF)
-v- :
: ORDER
:
CYNTHIA BRANN, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On July 18, 2022, Plaintiff Danny Horne, proceeding *pro se*, filed a letter indicating that he has not received the settlement payment that he is owed from the City of New York. Defendants are directed to file a response by no later than **July 26, 2022**. The Clerk of Court is directed to send a copy of this Order to Plaintiff.

SO ORDERED.

Dated: July 19, 2022
      New York, New York
                                              JESSE M. FURMAN
                                          United States District Judge