UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DANNY HORNE, :
:
Plaintiff, :
: 21-CV-2630 (JMF)
-v- :
: ORDER
CYNTHIA BRANN et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On July 21, 2022, in response to Plaintiff's letter, *see* ECF No. 60, the City of New York Law Department informed the Court that the settlement funds should be disbursed within ninety days, *see* ECF No. 62. Accordingly, if payment is not disbursed within ninety days, Defendants must file and serve a letter explaining the reason for the delay.

The Clerk of Court is directed to send a copy of this Order to Plaintiff.

SO ORDERED.

Dated: July 21, 2022
New York, New York
_____
JESSE M. FURMAN
United States District Judge